LAW OFFICES
**LAWRENCE D. GERZOG**
40 FULTON STREET, 23RD FLOOR
NEW YORK, NEW YORK 10038

TELEPHONE (212) 486-3003
FACSIMILE (646) 368-6337

January 8, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Mr. Gonzalez's requested travel beginning on January 9, 2021 for five days is approved. SO ORDERED.
>
> *Loretta A. Preska*  1/8/2021

Re: United States v. Omar Gonzalez, 10 CR 1060 (LAP)

Dear Judge Preska:

    I represent Omar Gonzalez, currently serving the supervised release portion of his sentence under the supervision of P.O. Olivares. Mr. Gonzalez has asked me to request permission from the Court, having obtained Mr. Olivares' consent, to make a 5 day trip to Cancun, Mexico with his family.

    Mr. Gonzalez wanted to travel tomorrow for five days, staying at a hotel in Cancun that he would book as soon as he got judicial permission. When I advised him that the timing of his request might not make this possible, he asked that I request as an alternative date on or about February 12 for five days, as February 12 is Mr. Gonzalez's birthday.

    A similar request for travel was submitted to the court on July 8, 2019, granted by the Court, and completed successfully. Mr. Gonzalez has a valid U.S. Passport in his possession with Mr. Olivares' knowledge and consent.

Respectfully submitted,

Lawrence D. Gerzog

cc.: P.O. George L. Olivares