Law Offices
**LAWRENCE D. GERZOG**
40 FULTON STREET 23RD FLOOR
NEW YORK, NEW YORK 10038
(212) 486-3003
(516) 650-5232 (Cell)
LDGLAWOFFICE@AOL.COM

April 30, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-3-2021

Re: <u>United States v. Omar Gonzalez</u>, 10 CR 1060 (LAP)

Dear Judge Preska:

    I represent Omar Gonzalez, currently serving the supervised release portion of his sentence under the supervision of P.O. George L. Olivares. Mr. Gonzalez has asked me to request that he be released early from the remainder of the supervised release portion of his sentence. P.O. Olivares has not only consented to this request, but suggested to Mr. Gonzalez that he apply for it.

    Mr. Gonzalez has served the supervised release portion of his sentence to date without incident of any kind. He is employed; he lives with and supports his wife and children; he has been allowed by Probation to maintain possession of his passport, and he has traveled with permission of the Court without incident.

    For the foregoing reasons, I respectfully ask the Court to release Mr. Gonzalez from any further supervised release.

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
5/3/21

Respectfully submitted,

/s/ Lawrence D. Gerzog

Lawrence D. Gerzog

cc:   (via ECF) P.O. George L. Olivares
      (Via ECF) Office of the U.S. Attorney, S.D.N.Y.